No. 1974. EL PUEBLO, APELADO, *v.* CASTAÑEDA, APELANTE. —Corte de Distrito de Humacao.    Resuelto en diciembre 9, 1922.    Habiendo considerado las alegaciones escritas de las

partes y no apareciendo de los autos que se haya cometido error fundamental alguno, se confirma la sentencia.